IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CASEY NELSON and MAYLENE VELASCO, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>TEXAS SUGARS, INC., d/b/a MOMENTS, and CINDY KHORSHIDPANAH,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:17-cv-02171<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT

Defendant Texas Sugars, Inc. d/b/a "Moments," and Defendant Cindy Khorshidpanah, file this Motion for Entry of Final Judgment and would show the Court as follows:

#### BACKGROUND

Plaintiffs Maylene Velasco and Casey Nelson filed their "Original Complaint - Collective Action & Jury Demand" against Defendants on July 14, 2017. Plaintiffs' central claim was that Defendants allegedly violated the Fair Labor Standards Act by misclassifying them as independent contractors.

On May 24, 2018, the Court granted Plaintiffs' conditional certification motion and authorized notice to potential opt-in plaintiffs. In late 2018, Kristal Garcia, Veronica Gonzales, Presley Lange, and Laura Torres joined this cause as opt-in Plaintiffs.

On March 6, 2019, the Court granted summary judgment for Defendant Cindy Khorshidpanah and dismissed her from the case.[1]

---

[1] Dkt. No. 36.

On June 10, 2019, the Court was notified that Ms. Torres had withdrawn from the case.[2] The case was then called to trial on June 17, 2019. After the presentation of the evidence and arguments of the parties, the case was submitted to the jury on June 19th. On June 20th, the jury returned a verdict in favor of Defendant Texas Sugars, Inc.

The jury found that Ms. Nelson, Ms. Velasco, Ms. Garcia, Ms. Gonzalez, and Ms. Lange, failed to prove by a preponderance of the evidence that they were "employees" of Defendant Texas Sugars as defined under the FLSA during the relevant period. 29 U.S.C. § 203(e). Accordingly, the jury did not answer any remaining questions and awarded nothing to Plaintiffs.[3]

## ARGUMENT AND AUTHORITIES

Rule 58(b) provides that "unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when … the jury returns a general verdict[.]" FED. R. CIV. P. 58(b)(1). The trial court must then promptly approve the form of a judgment and direct its entry when "the jury returns a special verdict or a general verdict with answers to written questions." FED. R. CIV. P. 58(b)(2)(A). However, "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)." FED. R. CIV. P. 58(d).

The Court has not yet entered judgment. Accordingly, Defendants ask the Court to render judgment on the jury's verdict and that such judgment be entered on a separate document. Attached to this Motion is Defendants' proposed Final Judgment, which Defendants request that the Court direct the clerk to promptly enter of record.

---

[2] Dkt. No. 43.
[3] Dkt. No. 58.

## CONCLUSION

Pursuant to the jury's verdict and Rule 58, Defendants Cindy Khorshidpanah and Texas Sugars, Inc., respectfully move the Court for entry of Final Judgment set out in a separate document, attached to this Motion.

Respectfully submitted,

By: */s/ William X. King*
Casey T. Wallace
State Bar No. 00795827
SDTX Bar No. 20117
William X. King
State Bar No. 24072496
SDTX Bar No. 1674134
FELDMAN & FELDMAN, PC
3355 W. Alabama St., Suite 1220
Houston, Texas 77098
Tel: (713) 986-9471
Fax: (713) 986-9472
casey.wallace@feldman.law
will.king@feldman.law
**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of this pleading has been served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on July 31, 2019.

Kelly E. Cook
Warren A. Berlanga
WYLY & COOK, PLLC
4101 Washington Ave. 2nd Floor
Houston, TX 77007
Telephone: (713) 236-8330
Facsimile: (713) 863-8502
kcook@wylycooklaw.com
wberlanga@wylycooklaw.com
**ATTORNEYS FOR PLAINTIFFS**

              _/s/ William X. King_
               William X. King