United States District Court
Southern District of Texas
**ENTERED**
August 09, 2019
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CASEY NELSON and MAYLENE VELASCO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS SUGARS, INC., d/b/a MOMENTS, and CINDY KHORSHIDPANAH, <br><br> Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-cv-02171 |

### FINAL JUDGMENT

On June 17, 2019, the Court, having previously granted summary judgment for Defendant Cindy Khorshidpanah and dismissing her from the case, called this action to trial with the remaining parties. Plaintiffs Casey Nelson and Maylene Velasco, and opt-in Plaintiffs Kristal Garcia, Veronica Gonzales, and Presley Lange, and Defendant, Texas Sugars Inc., d/b/a Moments, appeared, and through their attorneys, announced ready for trial.

A jury was duly selected, impaneled, and sworn. Counsel for all parties made their opening statements, presented evidence, and thereafter rested. The Court then submitted to the jury its charge, which is incorporated by reference in this Judgment. On June 20, 2019, the jury returned its verdict and answered the Court's charge as follows:

**JURY QUESTION NO. 1**

Has each Plaintiff proved that she was an "employee" of Defendant Texas Sugars during the relevant period?

Answer "Yes" or "No" for each Plaintiff.

| Name | Answer "Yes" or "No" |
|---|---|
| Casey Nelson | No |
| Maylene Velasco | No |
| Kristal Garcia | No |
| Veronica Gonzales | No |
| Presley Lange | No |

If your answer is "Yes" to any one Plaintiff, answer the next question (but only answer with respect to those Plaintiff(s)). If your answer is "No" to all Plaintiffs, do not answer the next question.

As instructed, the jury answered no further questions in the Court's charge. The Court duly accepted the verdict of the jury. These findings have been received by the Court and have been filed and entered into the record by the Court. (Dkt. No. 58). Pursuant to Fed. R. Civ. P. 58, it is therefore

ORDERED, ADJUDGED, AND DECREED that based on the jury's verdict and the evidence presented at trial, judgment is rendered in favor of Defendant Texas Sugars, Inc. Plaintiffs Casey Nelson and Maylene Velasco, and opt-in Plaintiffs Kristal Garcia, Veronica Gonzales, and Presley Lange, shall take nothing by way of this suit against that Defendant. The Court finds that Plaintiffs Casey Nelson and Maylene Velasco, and opt-in Plaintiffs Kristal Garcia, Veronica Gonzales and Presley Lange, were not "employees" of Defendant Texas Sugars as defined under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. It is further

ORDERED, ADJUDGED, AND DECREED that based on the Court's prior ruing, Plaintiffs Casey Nelson and Maylene Velasco, and opt-in Plaintiffs Kristal Garcia, Veronica

Gonzales, and Presley Lange, shall take nothing by way of this suit against Defendant Cindy Khorshidpanah.

Costs of court are taxed against Plaintiffs. Fed. R. Civ. P. 54(d)(1).

This is a Final Judgment that disposes of all parties, and all claims, herein, and all relief requested and not herein granted is expressly DENIED.

It is so ORDERED.

SIGNED this _____ day of _____, 2019 at Houston, Texas.

AUG 0 7 2019

The Honorable Alfred H. Bennett
United States District Judge